# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

LENNIN E. ROMERO GARCIA C. and
NADINE ANGELES GARCIA BREUER,

Appellants,

v.

TOLL FL XIII, LP and TOLL BROTHERS, INC.,

Appellees.

No. 2D2025-0616

————————————————

January 2, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Manatee County; D. Ryan Felix, Judge.

Roberto E. Moran of Roberto E. Moran, P.A., Coral Gables, for Appellants.

Katie L. Klapsa, Emily S. Clendenon and Chad N. Dunigan of Wood, Smith, Henning and Berman, LLP, Orlando, for Appellees.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.